# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 352 MAL 2020

      Respondent :

:

: Petition for Allowance of Appeal
: from the Order of the Superior Court

      v. :

:

:

MARCUS LEONARD WALLACE, :

:

      Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 353 MAL 2020

:

      Respondent :

:

: Petition for Allowance of Appeal
: from the Order of the Superior Court

      v. :

:

:

MARCUS LEONARD WALLACE, :

:

      Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.